## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION

**GUMERCINDO MUNOZ, et al.**          \*          **CASE NO. 3:16-cv-00322-TMR**

     **Plaintiffs**                                                  **District Judge Thomas M. Rose**

     **vs.**                                          \*

**TIP TOP CANNING COMPANY, et al.**                     **<u>FINAL DISMISSAL ENTRY WITH</u>**
                                               **<u>PREJUDICE AS TO ALL CLAIMS</u>**

     **Defendants**                                          \*

---

It appearing to the Court that all causes of action herein pending have been fully compromised and settled, it is, therefore

**ORDERED, ADJUDGED AND DECREED** that all causes of action herein pending be dismissed **WITH PREJUDICE**. Each party to bear its own costs.


May 2, 2017                              \*s/Thomas M. Rose


_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE

*/s/ Mark R. Heller*
*(per email auth. to L. Hesse 4-28-2017)*
Mark R. Heller (0027027)
Kathleen Kersh (0091198)
Emily Brown (0092553)
Advocates for Basic Legal Equality, Inc
525 Jefferson Ave., Suite 300
Toledo, OH 43604
Phone:  (419) 930-2423
Fax:      (419) 259-2880
mheller@ablelaw.org
kkersh@ablelaw.org
ebrown@ablelaw.org

Attorneys for Plaintiffs


*/s/ Christopher W. Carrigg*
Christopher W. Carrigg (0023947)
Lisa A. Hesse (0042120)
FREUND, FREEZE & ARNOLD
Fifth Third Center
1 South Main Street, Suite 1800
Dayton, OH  45402-2017
Phone: (937) 222-2424
Fax: (937) 222-5369
ccarrigg@ffalaw.com
lhesse@ffalaw.com

Attorneys for Defendants, Tip Top Canning
Company and Jose Villalobos Sr.